1  JAMES R. OLSON, ESQ.
   Nevada Bar No. 000116
2  MICHAEL E. STOBERSKI, ESQ.
   Nevada Bar No. 004762
3  MATTHEW C. WOLF, ESQ.
   Nevada Bar No. 10801
4  OLSON, CANNON, GORMLEY & DESRUISSEAUX
5  9950 W. Cheyenne Avenue
   Las Vegas NV 89129
6  Tel. (702) 384-4012

7  *Attorneys for Defendants SICOR, INC., TEVA
   PARENTERAL MEDICINES, INC., formerly known as
8  SICOR PHARMACEUTICALS, INC., MCKESSON
9  MEDICAL-SURGICAL INC., and BAXTER HEALTHCARE CORP.*

10            IN THE UNITED STATES DISTRICT COURT
11                  FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| 12  CHARLES ANTHONY RADER, JR., Individually and on behalf of all others similarly situated, | Case No. 2:10-cv-00818-JCM-RJJ |
| 14              Plaintiffs, | **ORDER GRANTING DEFENDANTS' MOTION TO SEAL EXHIBIT A OF OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** |
| 15       v. | |
| 16  TEVA PARENTERAL MEDICINES, INC., formerly known as SICOR PHARMACEUTICALS, INC.; SICOR, Inc., a Delaware Corporation; BAXTER HEALTHCARE CORPORATION; MCKESSON MEDICAL-SURGICAL INC., a Delaware Corporation; QUALITY CARE CONSULTANTS, LLC, a Nevada Limited liability Company; DOE Individuals 1 through 10, and ROA Corporations 1 through 10, inclusive, | |
| 23              Defendants. | |

Upon consideration of Defendants SICOR, INC. ("Sicor"), TEVA PARENTERAL MEDICINES, INC. ("TPMI"), formerly known as SICOR PHARMACEUTICALS, INC., MCKESSON MEDICAL-SURGICAL, INC. ("McKesson"), and BAXTER HEALTHCARE CORPORATION ("Baxter") (collectively the "Product Defendants")'s MOTION TO SEAL EXHIBIT A OF OPPOSITION TO PLAINTIFFS' MOTION TO REMAND,

IT IS HEREBY ORDERED that the Product Defendants' Motion to Seal is GRANTED and it is further ORDERED the Clerk of the Court shall seal Exhibit A to the Product Defendants' Opposition to Plaintiffs' Motion to Remand.

SO ORDERED this 18th day of August, 2010.

_____
U.S. DISTRICT COURT JUDGE