UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES ANTHONY RADER, JR., etc., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TEVA PARENTERNAL MEDICINES, INC., ) <br> etc., *et al.*, ) <br> ) <br> Defendants. ) | 2:10-cv-818-JCM-RJJ <br><br> RECUSAL ORDER |

This matter was referred to the undersigned Magistrate Judge on the proposed Discovery Plan and Scheduling Order (#25).

The undersigned United States Magistrate Judge having reviewed this case hereby recuses himself from the above entitled matter in order to avoid the appearance of impropriety. Code of Judicial Conduct, Canon 2 B and 28 U.S.C. § 455(a).

Based on the foregoing, this matter is hereby referred to Chief Judge Roger L. Hunt, for reassignment.

DATED this 6th day of October, 2010.

ROBERT J. JOHNSTON
United States Magistrate Judge