JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
MATTHEW C. WOLF, ESQ.
Nevada Bar No. 10801
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 W. Cheyenne Avenue
Las Vegas NV 89129
Tel. (702) 384-4012

U. GWYN WILLIAMS, ESQ. (admitted pro hac vice)
GOODWIN PROCTER LLP
Exchange Place
Boston MA 02109
Tel. (617) 570-1000

*Attorneys for Defendants SICOR, INC., TEVA PARENTERAL MEDICINES, INC., formerly known as SICOR PHARMACEUTICALS, INC., MCKESSON MEDICAL-SURGICAL INC., and BAXTER HEALTHCARE CORP.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES ANTHONY RADER, JR., Individually and on behalf of all others similarly situated, | Case No. 2:10-cv-00818-JCM-RJJ |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| TEVA PARENTERAL MEDICINES, INC., formerly known as SICOR PHARMACEUTICALS, INC.; SICOR, Inc., a Delaware Corporation; BAXTER HEALTHCARE CORPORATION; MCKESSON MEDICAL-SURGICAL INC., a Delaware Corporation; QUALITY CARE CONSULTANTS, LLC, a Nevada Limited liability Company; DOE Individuals 1 through 10, and ROA Corporations 1 through 10, inclusive, | |
| Defendants. | |

COME NOW Plaintiff, CHARLES ANTHONY RADER, JR. and Defendants SICOR, INC. ("Sicor"), TEVA PARENTERAL MEDICINES, INC. ("TPMI"), formerly known as SICOR PHARMACEUTICALS, INC., MCKESSON MEDICAL-SURGICAL, INC. ("McKesson"), and BAXTER HEALTHCARE CORPORATION ("Baxter") ("Defendants") (hereinafter, collectively, "the Parties"), and hereby submit their **STIPULATION AND ORDER**.

**WHEREAS**, on September 27, 2010, Plaintiff filed a Motion to Certify Class (*see* doc. # 26);

**WHEREAS**, on November 17, 2010, the Parties entered a Stipulation and Order (*see* doc. # 42) extending the deadline for the Product Defendants to complete class certification discovery and to file their Opposition to Plaintiff's Motion to Certify Class (doc. # 26) to Friday, April 1, 2011;

**WHEREFORE**, the Parties hereby stipulate and agree to the following:

1. The deadline for the Product Defendants to complete class certification discovery and to file their Opposition to Plaintiff's Motion to Certify Class (doc. # 26) is hereby extended an additional thirty-one (31) days from Friday, April 1, 2011, to Monday, May 2, 2011;

2. Nothing in this stipulation shall preclude the Product Defendants from requesting from the Court a further extension of time to file their Opposition to Plaintiff's Motion to Certify Class, should circumstances warrant such request.

DATED this _____ day March, 2010.

| WHITE & WETHERALL, LLP | OLSON, CANNON, GORMLEY & DESRUISSEAUX |
|---|---|
| BY: *Peter C. Wetherall* | BY: *[signature]* /0801 |
| Peter Wetherall, Esq.<br>Nevada Bar No. 4414<br>Melanie Ells, Esq.<br>Nevada Bar No. 8796 | James R. Olson, Esq.<br>Nevada Bar No. 116<br>Michael E. Stoberski, Esq.<br>Nevada Bar No. 4762 |

| | |
|---|---|
| 9345 W. Sunset Rd.<br>Suite 100<br>Las Vegas, NV 89148<br>(702) 838-8500<br><br>*Counsel for Plaintiff* | Matthew C. Wolf, Esq.<br>Nevada Bar No. 10801<br>9950 West Cheyenne Ave.<br>Las Vegas NV 89129<br>(702) 384-4012<br><br>*Counsel for Defendants Sicor, Inc. and Teva Parenteral Medicines, Inc., formerly known as Sicor Pharmaceuticals, Inc., McKesson Medical-Surgical Inc., and Baxter Healthcare Corporation.* |

## ORDER

IT IS SO ORDERED.

DATED March 25, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

**RESPECTFULLY SUBMITTED BY:**

OLSON, CANNON,
GORMLEY & DESRUISSEAUX

By: _____/s/ MCW 10801_____

James R. Olson, Esq.
Nevada Bar No. 116
Michael E. Stoberski, Esq.
Nevada Bar No. 4762
Matthew C. Wolf, Esq.
Nevada Bar No. 10801
9950 West Cheyenne Ave.
Las Vegas NV 89129
(702) 384-4012

*Counsel for Defendants Sicor, Inc. and
Teva Parenteral Medicines, Inc., formerly*

1 | *known as Sicor Pharmaceuticals, Inc.,*
2 | *McKesson Medical-Surgical Inc., and*
  | *Baxter Healthcare Corporation.*