UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES ANTHONY RADER, JR., et al.,

        Plaintiffs,

v.

TEVA PARENTAL MEDICINES, INC., et al.,

        Defendants.

2:10-CV-818 JCM (RJJ)

**ORDER**

Presently before the court is defendants' unopposed motion to exceed page limit for opposition to plaintiff's motion to certify class. (Doc. #58).

Also before the court is defendants' motion to seal certain exhibits and portions of their opposition to plaintiff's motion to certify class. (Doc. #59).

Pursuant to Local Rule 7-4, briefs in opposition to motions shall be limited to 30 pages. In the present motion (doc. #58), defendants ask this court to allow them to file a 40 page opposition. Defendants contend that this extension is necessary due to the (1) stringent requirements and the complex factual and legal issue to be resolved, and (2) the intricate procedural background of related litigation that is needed to be demonstrated to the court. Further, defendants assert that the plaintiff will not be prejudiced by the extension and, in fact, that he did not oppose the present motion. (Doc. #58).

With regards to sealing exhibits, defendants contend that exhibits AA, BB, CC, DD, H, N,

**James C. Mahan**
**U.S. District Judge**

1  O, P, Q, R, S, T, U, V, and Z, as well as redacted portions of their opposition brief, should be sealed
2  because they consist of "confidential health information of putative class members, as well as
3  deposition testimony regarding the same." (Doc. #59). Due to the confidential nature of the exhibits,
4  the court is inclined to seal the documents.

Good cause appearing,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendants' unopposed motion to exceed page limit for opposition to plaintiff's motion to certify class (doc. #58) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that defendants' motion to seal certain exhibits and portions of their opposition to plaintiff's motion to certify class (doc. #59) be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED that the clerk of the court seal exhibits AA, BB, CC, DD, H, N, O, P, Q, R, S, T, U, V, and Z, as well as redacted portions of their opposition brief.

DATED June 20, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -